IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sergio V Fierros, | No. CV-20-00245-TUC-RM (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| Quebedeaux Buick GMC Incorporated, et al., | |
| Defendants. | |

On November 24, 2020, Magistrate Judge Maria S. Aguilera issued a Report and Recommendation (Doc. 41) recommending that this Court partially grant and partially deny Defendant U.S. Bank National Association's Motion to Dismiss. No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*,

CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for clear error unobjected-to portions of Report and Recommendation).

The Court has reviewed Magistrate Judge Aguilera's Report and Recommendation, the parties' briefs, and the record. The Court finds no error in Magistrate Judge Aguilera's Report and Recommendation. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 41) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that Defendant U.S. Bank National Association's Motion to Dismiss (Doc. 31) is **partially granted and partially denied**, as follows:

1. The Motion to Dismiss is **granted** with respect to Counts One and Five of Plaintiff's First Amended Complaint (Doc. 27). Counts One and Five are **dismissed with prejudice** to the extent they relate to U.S. Bank National Association's responsibilities as a furnisher of information to credit reporting agencies. Counts One and Five are **dismissed without prejudice and with leave to amend** to the extent they relate to alleged misrepresentations made by U.S. Bank National Association during direct communications with Plaintiff.

2. The Motion to Dismiss is **denied** with respect to Count Seven of Plaintiff's First Amended Complaint (Doc. 27).

Dated this 25th day of February, 2021.

Honorable Rosemary Márquez
United States District Judge